AMOS NOYES & another, executors, *vs.* INSTITUTION FOR
SAVINGS IN NEWBURYPORT & another.

Essex. November 6, 1895. — November 27, 1895.

Present: FIELD, C. J., HOLMES, KNOWLTON, MORTON, & LATHROP, JJ.

*Savings Bank Book — Title to Deposit.*

If A. deposits in a savings bank a sum of money and keeps in his possession during
his life the deposit-book, which is found by his executors among his effects after
his decease and the account in which is headed " A. and B., Newburyport, pay-
able to either or survivor," and it appears that the book was never in the pos-
session of B. and that he had no knowledge of the deposit until after the death
of A., the deposit remains the property of A.

CONTRACT, to recover a deposit in the defendant bank by the
executors of the will of Annie M. Pike. Mary L. Hewett inter-
vened as a claimant of the fund under St. 1894, c. 317, § 33.
Trial in this court, before *Lathrop, J.,* who found for the plain-
tiffs for the balance of the amount of the deposit and accrued
interest, and, at the request of the claimant, reported the case
for the determination of the full court. If the finding was not
warranted, a new trial was to be granted; otherwise, judgment
was to be entered for the plaintiffs on the finding. The facts
appear in the opinion.

*H. P. Moulton,* for the claimant.

*A. Noyes,* for the plaintiffs.

KNOWLTON, J. The plaintiffs' testatrix, Annie M. Pike,
deposited in the defendant savings bank the money for which
this suit is brought, and kept in her possession during her life
the deposit-book, which was found by the plaintiffs among her
effects after her death. The account in the book was headed,
" Annie M. Pike and Mary L. Hewett, Newburyport, payable to
either or survivor." It appears that the book was never in the
possession of the claimant, and that she had no knowledge of
the deposit until after the death of the testatrix. Upon these
facts, it was rightly held that the deposit remains the property
of the original depositor, and that the plaintiffs are entitled to
recover. This is settled by a series of decisions in this Com-

monwealth as well as elsewhere.  *Brabrook* v. *Boston Five Cents Savings Bank*, 104 Mass. 228.  *Ide* v. *Pierce*, 134 Mass. 260. *Sherman* v. *New Bedford Five Cents Savings Bank*, 138 Mass. 581, 582.  *Nutt* v. *Morse*, 142 Mass. 1.  *Parkman* v. *Suffolk Savings Bank*, 151 Mass. 218.  *Booth* v. *Bristol County Savings Bank*, 162 Mass. 455, 457.                    *Judgment on the finding.*